**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

––––––––––

No. 00-20868

––––––––––

A V MEGHANI; HUSSAINI ENTERPRISES INC; SHIRAZ MEGHANI; HALIMI ENTERPRISES INC; HYDERI ENTERPRISES INC; SALEEM MEGHANI; HASSANI ENTERPRISES INC,

Plaintiffs - Appellants,

versus

SHELL OIL COMPANY; MOTIVA ENTERPRISES LLC; EQUIVA ENTERPRISES LLC,

Defendants - Appellees.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-00-CV-547

August 13, 2001

Before EMILIO M. GARZA, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED for the reasons stated in the district court's Amended Memorandum and Order of August 29, 2000. *See Meghani v. Shell Oil Co.*, 115 F.Supp.2d 747 (S.D. Tex. 2000).

––––––––––––––––––

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.